DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA MORALES, | Case No:  2:16-cv-00230-JAD-NJK |
|     Plaintiff | |
| v. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM OR NOTICE OF VOLUNTARY REMAND OF THE CASE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | **(Second Request)** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), moves, with the approval of this Court, for an extension of time to file her Cross-Motion To Affirm or Notice Of Voluntary Remand Of The Case by thirty days from August 8, 2016 to September 7, 2016, with all other dates in this Court's Order Concerning Review Of Social Security Cases extended accordingly.  This is the Commissioner's second request for an extension.

There is good cause because, since the prior extension, counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with twelve briefs—one in the Ninth Circuit—due within the next thirty days.  Additionally, the

Commissioner's counsel has had numerous other deadlines, including a dispositive motion in an employment case, a settlement memorandum, and multiple mentoring and reviewing duties in the Office of the General Counsel. Counsel had a conference in an employment matter and was also out of the office for five days. As result, the Commissioner needs additional time to properly respond to the issues Plaintiff raised in her Motion. Counsel makes this request in good faith without any intention to unnecessarily delay these proceedings. The Commissioner's counsel contacted Plaintiff, but at the time of filing, had not yet heard back.

                                        Respectfully submitted,

Date:   August 8, 2016         DANIEL G. BOGDEN
                                        United States Attorney
                                         BLAINE T. WELSH
                                         Chief, Civil Division

                          By:    */s/ April A. Alongi*
                                         APRIL A. ALONGI
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

                                         IT IS SO ORDERED.

DATE:   August 10, 2016

                                         THE HONORABLE NANCY J. KOPPE
                                         United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of Defendant's Motion For Extension Of Time To File Cross-Motion To Affirm Or Notice Of Voluntary Remand Of The Case (Second Request) to be served, via CM/ECF notice, on:

    RICHARD E. DONALDSON
    Esquire
        gunlawyer@aol.com

Date:  August 8, 2016          DANIEL G. BOGDEN
                                   United States Attorney
                                   BLAINE T. WELSH
                                   Chief, Civil Division

                             By:    */s/ April A. Alongi*
                                   APRIL A. ALONGI
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant