RICHARD E. DONALDSON, ESQ., CHTD.
RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

TERESA MORALES )
)
    Plaintiff, )
)
vs. )
)
) CIVIL ACTION NO.  2:16-cv-00230 JAD-NJK
)
CAROLYN COLVIN )
COMMISSIONER OF SOCIAL )
SOCIAL SECURITY )
)
    Defendant. )

**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS MOTION TO AFFIRM**

**(First Request)**

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the Plaintiff, TERESA MORALES, shall have an additional thirty (30) days, to and including Thursday, October 27, 2016  in which to file a **REPLY TO DEFENDANT'S CROSS MOTION TO AFFIRM** pursuant to this Court's Order Concerning Review of Social Security Cases, and that the schedule for briefing by the Defendant, Commissioner of Social Security, and other corresponding deadlines be adjusted accordingly.

    The extension of time is necessary because Counsel, a solo practitioner and solely responsible for the preparation this Reply, has not been able to adequately  brief this case in the allotted time.  The administrative record is detailed, and involves complex issues requiring additional time to research. Counsel has also had an unprecedented number of

critical deadlines in other matters, and undersigned Counsel has not been able to meet all of these deadlines in a timely manner.

This is the first request for an extension of time.

Respectfully submitted,

Date: September 26, 2016  RICHARD E. DONALDSON, ESQ., CHTD.

/S/ *Richard E. Donaldson*
Richard E. Donaldson
Nevada Bar No. 1095
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
Attorney for Plaintiff

Date: September 26, 2016  DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: /s/ *April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Date: September 27, 2016
THE HONORABLE NANCY J. KOPPE
Magistrate Judge