# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Teresa Morales,

    Plaintiff

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:16-cv-00230-JAD-NJK

**Order Adopting Report and Recommendation, Granting and Denying Motions, and Dismissing Case**

**[ECF Nos. 11, 16, 20]**

    Teresa Morales moves to reverse and remand the Commissioner of Social Security's decision denying her application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act.[1] The Commissioner filed a cross-motion to affirm.[2] Magistrate Judge Nancy Koppe recommends that Morales's motion be denied and the Commissioner's cross-motion be granted.[3]

    The Report and Recommendation was entered April 17, 2017, making May 1, 2017, the deadline to file an objection. Morales has not filed any objection to the Report and Recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    Accordingly, with good cause appearing, and no reason to delay, IT IS HEREBY ORDERED that Judge Koppe's Report and Recommendation **[ECF No. 20] is ACCEPTED and ADOPTED**; Morales's motion for reversal and remand **[ECF No. 11] is DENIED**; the Commissioner's cross-

---

[1] ECF No. 11.

[2] ECF No. 16.

[3] ECF No. 20.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); s*ee also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

motion to affirm **[ECF No. 16] is GRANTED**; and Morales's claims are **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly and **CLOSE THIS CASE**.

DATED May 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge